**Dismissed and Opinion Filed November 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00875-CV

**ROWENA REYES AND ALL OCCUPANTS, Appellants**
**V.**
**WELLS FARGO BANK NA, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-02674-B**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Myers
Opinion by Justice Bridges

The filing fee in this case is past due. By postcard dated July 20, 2015, we notified appellants the $195 filing fee was due. We directed appellants to remit the filing fee within ten days and expressly cautioned appellants that failure to do so would result in dismissal of the appeal. Also by postcard dated July 20, 2015, we notified appellants the docketing statement had not been filed in this case. We directed appellants to file the docketing statement within ten days. We cautioned appellants that failure to do so might result in dismissal of this appeal. To date, appellants have not paid the filing fee, filed the docketing statement, responded to notifications regarding the reporter's record, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

150875F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROWENA REYES AND ALL
OCCUPANTS, Appellants

No. 05-15-00875-CV      V.

WELLS FARGO BANK NA, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-15-02674-B.
Opinion delivered by Justice Bridges.
Justices Francis and Myers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Wells Fargo Bank NA recover its costs, if any, of this appeal from appellants Rowena Reyes and All Occupants.

Judgment entered November 4, 2015.